**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARCUIECE LAMAR JOHNSON**                                                          **PLAINTIFF**
**#213**

**v.**                                          **Case No. 4:25-cv-00555-KGB**

**MATTHEWS, Corporal,**
**Faulkner County Detention Center Unit 1**                                          **DEFENDANT**

## <u>ORDER</u>

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Marcuiece Lamar Johnson objected to the Recommendation (Dkt. No. 7). Also before the Court is Johnson's motion to amend (Dkt. No. 8). After a review of the Recommendation, and a *de novo* review of the record, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 6.).

Johnson's objections repeat the same factual allegations as his complaint and do not allege any policy, custom, or failure to train (Dkt. No. 7). The objections also fail to allege that Corporal Matthews was personally involved in the alleged violations, only that they happened during his shift (*Id.*). The Court adopts the Recommendation in full (Dkt. No. 6).

The Court finds that Johnson's request for leave to amend is futile (Dkt. No. 8). "A district court may deny leave to amend 'if there are compelling reasons such as undue delay, bad faith, or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of the amendment.'" *Reuter v. Jax Ltd., Inc.*, 711 F.3d 918, 922 (8th Cir. 2013) (quoting *Sherman v. Winco Fireworks, Inc.,* 532 F.3d 709, 715 (8th Cir. 2008)). The proposed amended complaint seeks to add the Faulker County Sheriff as a

defendant but otherwise makes no additional factual allegations.  The Court determines that the amended complaint is futile and denies leave to amend (Dkt. No. 8).

Johnson's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 1).  Johnson's motion to amend is denied (Dkt. No. 8).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation would not be taken in good faith.

It is so ordered this the 20th day of March, 2026.

Kristine G. Baker
Chief United States District Judge

2